UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DEMOND HARRISON                                                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:08CV297-RHW

MELVIN BRISOLARA et al                                                          DEFENDANTS

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's memorandum opinion and order granting Defendants' Motions for Summary Judgment and alternatively granting Defendants' Motion to Dismiss, the Court enters this separate judgment dismissing Plaintiff's complaint.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's lawsuit is hereby dismissed with prejudice. In the alternative, the lawsuit is dismissed without prejudice for failure to prosecute.

SO ORDERED, this the 7th day of May, 2009.

                                              s/ *Robert H. Walker*
                                              UNITED STATES MAGISTRATE JUDGE